**Patricia AUSTIN, Plaintiff,**

**Dennis McLain, as personal representative of the Estate of Anthony Gilhouse Plaintiff–Appellant,**

v.

**SECURECARE, INCORPORATED; Kathy Hebert–Laginess, R.N.; Anne Latulip–Gariepy; Daryl Tyrone Parker, M.D.; James Garrett, Defendants–Appellees.**

**No. 07–1600.**

United States Court of Appeals, Sixth Circuit.

Dec. 22, 2008.

BEFORE: DAUGHTREY, ROGERS, Circuit Judges, and RESTANI,* Judge.

ROGERS, Circuit Judge.

Plaintiff Dennis McLain, on behalf of the Estate of Anthony Gilhouse, appeals the district court's grant of summary judg-

sitting by designation.

ment in favor of defendants SecureCare, Inc., Daryl Tyrone Parker, M.D., James Garrett, R.N., Anne Latulip–Gariepy, L.P.N., and Kathy Hebert–Laginess, R.N. Plaintiff brought this suit pursuant to 42 U.S.C. § 1983 alleging violations of Gilhouse's Eighth and Fourteenth Amendment rights. Plaintiff claims that defendants' deliberate indifference to Gilhouse's serious medical needs resulted in Gilhouse's death from an asthma attack. After reviewing the record, the parties' briefs, and the applicable law, and hearing oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in Judge Edmunds' April 24, 2007, 2007 WL 1219048, opinion and order. The district court properly granted summary judgment in favor of all remaining defendants. The judgment of the district court is therefore affirmed.